IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**Sala Rodgers Manning,**

Plaintiff,

v.

**Bank of America, N.A.,**

Defendant.

2:26 CV 0062

JUDGE GRAHAM

MAGISTRATE JUDGE JOLSON

Case No.:

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff respectfully moves this Court for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and states as follows:

1. Plaintiff is currently unemployed.

2. Plaintiff lacks sufficient income or assets to pay the filing fee without undue hardship.

3. Plaintiff supports herself and her dependent child.

4. Plaintiff's monthly expenses exceed her available income.

5. Plaintiff's claims are brought in good faith and are not frivolous.

Plaintiff respectfully requests that the Court grant this Motion and permit this action to proceed without prepayment of fees.

Respectfully submitted,

Sala Rodgers Manning

403 Gilbert Street

Columbus Ohio 43205

(614) 632-6076

Sala111Sala@gmail.com

Pro Se

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

SALA RODGERS-MANNING

**Plaintiff(s)**                                   **Case No.**

**vs.**

BANK OF AMERICA, N.A.

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.

**I.  Are you employed?**          Yes _____      No _X_

    **A.  If you answered "Yes":**

        (1) What is the name and address of your employer

        (2) How much do you earn per month?

        $0 - 1000

    **B.  If you answered "No"**

        (1) Have you ever been employed?      Yes _X_      No _____

        If yes, what was the last year and month you were employed? _2025_

        How much did you earn a month? _4160_

**II. What is your marital status?**

    Single _X_          Married _____          Widowed _____          Divorced _____

    **A.  If you answered "Married":**

        (1) Is your spouse employed? **Yes** _____      **No** _____

        If yes, how much does your spouse earn each month?

        $ _____

**III.  Do you have any dependents?**      Yes _X_      No _____

    If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| URI AKUFFU | DAUGHTER | $100 % |

**IV.  Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**      Yes _X_      No _____

    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| BANK OF AMERICA | $37,000.00 | | $ |
| UNEMPLOYMENT | $4,516.00 | | $ |
| Family | $3,000.00 | | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?

Yes_X___ No____

    A. If you answered "Yes", state the combined total amount:

    $_1000_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?

Yes____ No_X___

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| AEP | $ 10.00 | VERIZON | $ 350.00 |
| JPM REALITY | $ 1098.00 | TARGET | $ 300.00 |
| FIFTH THIRD CREDIT | $ 150.00 | | $ |
| CAPITOL ONE | $ 250.00 | | $ |

VIII. State your address and telephone number where the Court can reach you.

403 GILBERT ST COLUMBUS, OH 43205

I declare under penalty of perjury that the above information is true and correct.

1/16/2026
Date

Signature of Applicant

-3-